

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2020

**By ECF**
Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020
```

Re:   *United States v. Christian Navedo*, 19 Cr. 259 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request that time be excluded for the next thirty days so that a change of plea hearing may occur in Magistrate's court. The parties have reached a disposition in this matter but have not yet been able to appear in court so that the defendant may plead. The defendant, through his counsel, does not object.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

Application granted, for the reasons set forth in this letter.

SO ORDERED:
Date: 2/27/2020   *Richard M. Berman*
Richard M. Berman, U.S.D.J.