UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,



## ORDER

-against-

19 Cr 259 (RMB)

CHRISTIAN NAVEDO,

               Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 3, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that CHRISTIAN NAVEDO's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the parties shall appear for a conference on Wednesday, March 11, 2020 at 10:00 am.

Dated: New York, New York
       March 4, 2020



**RICHARD M. BERMAN, U.S.D.J.**