**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Government,

            - against -

Christian Navedo,
                              Defendant.
-----------------------------------------------------------------x

19 Cr 259 (RMB)

**ORDER**

The conference in this matter is rescheduled from 10:00 am on March 11, 2020 to 9:30 am on March 30, 2020.

Dated: New York, New York
         March 10, 2020



**RICHARD M. BERMAN**
**U.S.D.J.**