UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,

              - against -

Christian Navedo,

                      Defendant.
------------------------------------------------------------x

19 Cr 259 (RMB)

**ORDER**

The conference in this matter is rescheduled from 9:30 am on March 30, 2020 to 9:00 am on April 1, 2020.

Dated: New York, New York
       March 19, 2020

**RICHARD M. BERMAN**
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020