KELLEY J. SHARKEY
    Attorney at Law                                           26 Court Street  -  Suite 2805
                                                                             Brooklyn, New York   11242
                                                                               Tel:  (718) 858-8843
                                                                               Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Judge                                     July 3, 2020
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re: United States v. Christian Navedo 19 Cr. 259

Dear Judge Berman:

     I respectfully request that Mr. Navedo's court appearance scheduled for July 14, 2020 be adjourned to a date in September, at time convenient to the Court and parties. Mr. Navedo requests to be sentenced in person and I believe that may be a possibility in the early fall. The government does not object to this request.   Thank you for your consideration in this matter.

                                                             Respectfully,
                                                                 /S/
                                                             Kelley J. Sharkey
                                                             Attorney for Christian Navedo

---

Sentence is adjourned to 9/17/2020 at 10:00 am.  Defense sentencing submission is due 9/3/2020. Government response is due 9/10/2020.

SO ORDERED:
Date: 7/7/2020    /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.