# KELLEY J. SHARKEY

Attorney at Law            26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 858-8843
By ECF            Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Judge            August 31, 2020
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Christian Navedo</u> 19 Cr. 259 (RMB)

Dear Judge Berman:

    I spoke with Mr. Navedo approximately a week ago. He requested that I move the sentencing, currently scheduled for September 17, 2020, to a day where he can appear in person for the conference. I have contacted AUSA Ryan Finkel and he does not object to an adjournment. Therefore, I respectfully request that the sentence date be adjourned for approximately six weeks and filing deadlines be adjusted accordingly. I hope all in chambers are safe and well.

                                                             Respectfully,

                                                             /S/
                                                         Kelley J. Sharkey

cc: AUSA Ryan Finkel

> The adjournment is respectfully denied as it is unknown if the Court will be holding in person criminal appearances on or near the requested adjourned date.
>
> SO ORDERED:
> Date: 9/1/2020
> Richard M. Berman, U.S.D.J.