KELLEY J. SHARKEY
    Attorney at Law                                  26 Court Street - Suite 2805
                                                           Brooklyn, New York  11242
                                                              Tel: (718) 858-8843
                                                              Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Judge                          September 9, 2020
Southern District of New York
500 Pearl Street
New York, New York 10007

                     Re: <u>United States v. Christian Navedo</u> 19 Cr. 259

Dear Judge Berman:

      I respectfully request that Mr. Navedo's sentencing scheduled for September 17, 2020 be adjourned for approximately sixty days, at time convenient to the Court and parties. Mr. Navedo requests to be sentenced in person and hopes that may be possible later this fall. The government does not object to this request.   Thank you for your consideration in this matter.

                                                               Respectfully,
                                                               /S/
                                                               Kelley J. Sharkey
                                                              Attorney for Christian Navedo

Application granted. Sentencing is adjourned to Monday, November 16, 2020 at 10:30am.

SO ORDERED:
Date: 9/9/2020   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.