UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

CHRISTIAN NAVEDO,
                Defendant.
------------------------------------------------------------X

19 CR. 259 (RMB)

**ORDER**

The sentencing scheduled for Monday, January 25, 2021 at 9:00 AM will be held telephonically.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0259

Dated: January 20, 2021
       New York, NY

                                          _____
                                            RICHARD M. BERMAN
                                                  U.S.D.J.